COM.

v.

**BURTON, R.**

**1873 MDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–22–CR–0005456–2009 (Dauphin)

Affirmed

COM.

v.

**BARNES, T.**

**1918 MDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–22–CR–0002483–2013 (Dauphin)

Remanded Jurisdiction Retained

COM.

v.

**REDDER, W.**

**2110 MDA 2016**

Superior Court of Pennsylvania.

07/26/2017

CP–08–CR–0000059–2016 (Bradford)

Affirmed

·COM.

v.

**UGARTE, D.**

**51 MDA 2017**

Superior Court of Pennsylvania.

07/26/2017

CP–35–CR–0002238–2004
(Lackawanna)

Affirmed

COM.

v.

**POMETTI, F.**

**253 MDA 2017**

Superior Court of Pennsylvania.

07/26/2017

CP–35–CR–0000829–2016 (Lackawanna)

Affirmed